ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                             )
                                                       )
B&R Construction Services, LLC                         )     ASBCA No. 63786
                                                       )
Under Contract No. N40080-21-C-0002                    )

APPEARANCES FOR THE APPELLANT:          Michael A. Miller, Esq.
                                        Devon L. Harman, Esq.
                                        Barry L. Gogel, Esq.
                                          Rifkin Weiner Livingston, LLC
                                          Baltimore, MD

APPEARANCES FOR THE GOVERNMENT:         Craig D. Jensen, Esq.
                                          Navy Chief Trial Attorney
                                        Michael S. Hbashy, Esq.
                                          Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  October 17, 2024

_____
OWEN C. WILSON
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63786, Appeal of B&R Construction Services, LLC, rendered in conformance with the Board's Charter.

Dated:  October 17, 2024

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals